UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA BISHOP,

              Plaintiff,

  v.

VALLEY MEDICAL CENTER,

              Defendant.

CASE NO. 2:18-cv-00885 JLR

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable James L. Robart.

DATED this 19th day of June, 2018.

                                                BRIAN A. TSUCHIDA
                                                Chief United States Magistrate Judge