```
 1
 2
 3
 4
 5
 6
 7                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
 8                                    AT SEATTLE
 9
10   DEBRA BISHOP,                          CASE NO. C18-0885JLR
11                       Plaintiff,         ORDER GRANTING
           v.                               EXTENSION OF TIME TO FILE
12                                          AMENDED COMPLAINT
13   VALLEY MEDICAL CENTER,
14                       Defendant.
```

15    On July 2, 2018, the court dismissed *pro se* Plaintiff Debra Bishop's complaint

16 against Defendant Valley Medical Center pursuant to 28 U.S.C. § 1915(e)(2)(B). (7/2/18

17 Order (Dkt. # 6).) The court granted Ms. Bishop 21 days to file an amended complaint.

18 (*Id.* at 5.) On July 24, 2018, Ms. Bishop filed a motion for an extension of time to file

19 her amended complaint, noting simply that she "needs more time" to properly respond to

20 the deficiencies the court identified in its order. (Mot. (Dkt. # 7).) The court GRANTS

21 the extension (Dkt. # 7) and allows Ms. Bishop to file an amended complaint within 14

22 days of the entry of this order. However, the court warns Ms. Bishop that it will not grant

ORDER - 1

any further extensions unless there are truly extenuating circumstances. The court DIRECTS the Clerk to send a copy of this order to Ms. Bishop.

Dated this 25th day of July, 2018.

*(signature)*
JAMES L. ROBART
United States District Judge