UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA BISHOP,<br><br>                 Plaintiff,<br><br>   v.<br><br>VALLEY MEDICAL CENTER,<br><br>                 Defendant. | CASE NO. C18-0885JLR<br><br>ORDER DISMISSING ACTION |

On July 2, 2018, the court dismissed *pro se* Plaintiff Debra Bishop's complaint against Defendant Valley Medical Center pursuant to 28 U.S.C. § 1915(e)(2)(B). (7/2/2018 Order (Dkt. # 6).) The court granted Ms. Bishop 21 days to file an amended complaint and cautioned Ms. Bishop that her failure to timely amend the complaint or remedy the deficiencies identified in the court's order would result in dismissal without leave to amend. (*Id.* at 4.) On July 25, 2018, the court granted Ms. Bishop 14 additional days to amend her complaint. (7/25/2018 Order (Dkt. # 8).)

//

ORDER - 1

1    Ms. Bishop's deadline to file an amended complaint passed on August 7, 2018,
2    and she has filed nothing further in this matter. (*See generally* Dkt.) Accordingly, the
3    court DISMISSES her complaint without prejudice.
4    Dated this 22nd day of August, 2018.

*[signature]*

The Honorable James L. Robart
U.S. District Court Judge