UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA BISHOP,<br><br>　　　　　Plaintiff,<br>　v.<br>VALLEY MEDICAL CENTER,<br><br>　　　　　Defendant. | CASE NO. C18-0885JLR<br><br>ORDER |

Before the court is Plaintiff Debra Bishop's letter (Mot. (Dkt. # 11)), which the court construes as a motion for reconsideration of the court's order dismissing Ms. Bishop's action (7/2/18 Order (Dkt. # 6)). Having considered Ms. Bishop's motion, the relevant portions of the record, and the applicable law, the court DENIES Ms. Bishop's motion.

Ms. Bishop filed her complaint against Defendant Valley Medical Center on June 19, 2018. (Dkt. # 4.) On July 2, 2018, the court dismissed Ms. Bishop's complaint pursuant to 28 U.S.C. § 1915 (e)(2)(B) with leave to amend within 21 days. (7/2/18

ORDER - 1

1 | Order at 5.) On July 25, 2018, the court granted Ms. Bishop an additional 14 days to file

2 | an amended complaint. (7/25/18 Order (Dkt. # 8).) Ms. Bishop never filed an amended

3 | complaint and the court dismissed this action without prejudice on August 23, 2018.

4 | (8/22/18 Order (Dkt. # 9).)

5 | Ms. Bishop's present motion is undated but was filed on September 24, 2018. (*See*

6 | Mot.) Ms. Bishop's motion does not address any of the deficiencies identified in the

7 | court's order of dismissal. (*Compare* Mot., *with* 7/2/18 Order.) Nor can it be construed

8 | as an amended complaint. Rather it expresses Ms. Bishop's opinions of the District

9 | Court.

10 | Pursuant to Local Rule 7(h)(1), motions for reconsideration are disfavored, and

11 | will ordinarily be denied unless there is a showing of (a) manifest error in the prior

12 | ruling, or (b) new facts or legal authority which could not have been brought to the

13 | attention of the court earlier through reasonable diligence. Local Rules W.D. Wash. LCR

14 | 7(h)(1). Because Ms. Bishop has not made either showing with regard to the court's

15 | order, Ms. Bishop's motion for reconsideration (Dkt. # 11) is DENIED.

16 | Dated this 10th day of October, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2