UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA BISHOP, | CASE NO. C18-0885JLR |
| Plaintiff, | ORDER |
| v. | |
| VALLEY MEDICAL CENTER, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Debra Bishop's letter (Mot. (Dkt. # 14)), which the court liberally construes as a second motion for reconsideration of the court's order dismissing Ms. Bishop's complaint (7/2/18 Order (Dkt. # 6)).

Ms. Bishop filed her complaint against Defendant Valley Medical Center on June 19, 2018. (Compl. (Dkt. # 4).) On July 2, 2018, the court dismissed Ms. Bishop's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) with leave to amend within 21 days. (7/2/18 Order at 5.) On July 25, 2018, the court granted Ms. Bishop an additional 14 days to file an amended complaint. (7/25/18 Order (Dkt. # 8).) Ms. Bishop never filed

an amended complaint, and the court dismissed this action without prejudice on August 22, 2018.  (8/22/18 Order (Dkt. # 9).)

On September 24, 2018, Ms. Bishop filed a letter with the court (9/24/18 Mot. (Dkt. # 11)), which the court liberally construed as a motion for reconsideration of its order dismissing Ms. Bishop's complaint (*see* 10/10/18 Order (Dkt. # 12)).  The court denied Ms. Bishop's motion because it did not address any of the deficiencies identified in the court's order of dismissal and could not be construed as an amended complaint. (*See* 10/10/18 Order at 2.)  Ms. Bishop filed the present motion on November 20, 2018. (Mot. at 1.)  In it, she again asks the court to "reinstate [her] cas[e]." (*Id.*)

Under the court's Local Rules, a motion for reconsideration must be filed "within fourteen days after the order to which it relates is filed."  Local Rules W.D. Wash. LCR 7(h)(2).  Failure to comply with this schedule "may be grounds for denial of the motion." *Id.*  The order to which Ms. Bishop's motion relates was filed on July 2, 2018.  (*See* 7/2/18 Order.)  Ms. Bishop's second motion for reconsideration was filed on November 20, 2018, several months after the court's order.  It is therefore untimely under the court's Local Rules.

Pursuant to Local Rule 7(h)(1), motions for reconsideration are disfavored and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) new facts or legal authority which could not have been brought to the attention of the court earlier through reasonable diligence.  Local Rules W.D. Wash. LCR 7(h)(1).  Ms. Bishop has not shown manifest error in either the court's order dismissing her case (7/2/18 Order) or the court's order denying her first motion for reconsideration

1  (10/10/18 Order).  Nor has she put before the court any new facts or legal authority.  (*See*

2  *generally* Mot.)

3          For the foregoing reasons, the court DENIES Ms. Bishop's motion for

4  reconsideration (Dkt. # 14).[1]

5          Dated this 11th day of December, 2018.

6

7          _____

8          The Honorable James L. Robart
           U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21          _____

            [1] The court advises Ms. Bishop that no further motions for reconsideration of the court's
22      July 2, 2018, order dismissing the complaint will be considered, docketed, or reviewed by the
        court.  The court DIRECTS the Clerk to return any such motions to Ms. Bishop.