UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA BISHOP,<br><br>               Plaintiff,<br>v.<br><br>VALLEY MEDICAL CENTER,<br><br>               Defendant. | CASE NO. C18-0885JLR<br><br>ORDER |

This matter comes before the court on a limited referral from the Ninth Circuit Court of Appeals. The Ninth Circuit asks the court to determine whether Plaintiff Debra Bishop's in forma pauperis ("IFP") status should continue on appeal or whether, instead, it should be revoked because her appeal is frivolous or taken in bad faith. Under 28 U.S.C. § 1915(a)(3), an appeal may not be taken IFP if the trial court certifies in writing that it is not taken in good faith or is frivolous. See 28 U.S.C. § 1915(a)(3); Hooker v. Am. Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).

//

1     The court hereby certifies that this appeal is frivolous. An appeal is frivolous if it lacks an arguable basis in either law or fact. See Martin v. Sias, 88 F.3d 774, 775 (9th Cir. 1996). The court concludes that Ms. Bishop's appeal lacks an arguable basis in law and is therefore frivolous. Accordingly, IFP status should be revoked on appeal.

Dated this 5th day of February, 2019.

JAMES L. ROBART
United States District Judge